**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 362 MAL 2016
                                        :

           Respondent            :
                                          :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court
             v.                      :
                                          :

ROSS M. RABELOW,                 :
                                          :
           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.